[No. 39292-1-I.    Division One.    January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN
M. CHRISTIANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01682-5, Anita L. Farris, J., entered August 21, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39294-8-I.    Division One.    January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON
HAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00784-1, Paul D. Hansen, J., entered August 23, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39403-7-I.    Division One.    January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT
CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02802-5, Charles V. Johnson, J., entered September 19, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39423-1-I.    Division One.    January 26, 1998.]

HASAN OCAK, *Respondent*, v. VLADIMIR ARIEFF,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-01994-3, Robert H. Alsdorf, J., entered September 16, 1996. *Affirmed* by unpublished per curiam opinion.